

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2013

No. 04-13-00714-CV

**IN RE** Robert Charles **SNIP,** M.D., in his Personal Capacity and as the
Independent Executor of the Estate of Russell Thorn Snip, M.D., Deceased

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

On October 16, 2013, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 12th, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-08765, styled *Robert Charles Snip, M.D., in his personal capacity, and as the Independent Executor of the Estate of Russell Thorn Snip, M.D., Deceased v. HEI Resources, Inc., Charles Reed Cagle, Joel Held, and Baker & McKenzie, LLP*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.